AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**CHERYL SMITH**
        Plaintiff

V.

**ADRIANNA PAPPELL, INC.**
        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 08-1898 (DRD)

      Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

      IT IS ORDERED that the application is:

☒    GRANTED, and

    ☒  The clerk is directed to file the complaint,   and

    ☒  IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

ENTER this 23rd day of  April , 2008

                                                  *[signature]*
                                          Signature of Judicial Officer

                                        Dickinson R. Debevoise , U.S.S.D.J.
                                        Name and title of Judicial Officer